IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10529
Conference Calendar
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

ERIC J. LEON,

                              Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CR-296-T
- - - - - - - - - -

March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

     Eric J. Leon appeals his conviction for mail fraud, arguing that it violates double jeopardy because property owned by him was forfeited through summary forfeiture proceedings prior to his criminal indictment.  We have reviewed the record and the district court's reasons for rejecting Leon's double jeopardy challenge and find no reversible error.

     AFFIRMED.

_____

     *  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.